IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>    Debtor(s) | Bankruptcy No. 18-22661-GLT<br><br>Chapter 13 |
| ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>    Movant(s)<br><br>    v.<br><br>BCJ LAW LLC<br>EAST END TRIAL GROUP LLC<br>MOYNIHAN LAW PC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 47, 49 |

## AMENDED ORDER APPROVING COUNSEL FOR THE DEBTOR

**AND NOW**, this _____ day of _____ 20_____, upon consideration of the **APPLICATION FOR APPROVAL OF ATTORNEYS** filed at Doc. No. 37 (the "Application") and the **MOTION FOR AMENDED ORDER OF EMPLOYMENT OF SPECIAL COUNSEL DUE TO LAW FIRM CHANGE OF ATTORNEY** filed at Doc. No. 47 it is **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219, BCJ Law LLC 212 45th St, Pittsburgh, PA 15201, and East End Trial Group, LLC, 212 45th St, Pittsburgh, PA 15201 are hereby appointed as Attorney(s) for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

Prepared by: Mark G. Moynihan, Esq.

                                                                                   _____
                                                                                   GREGORY L. TADDONIO
                                                                                    UNITED STATES BANKRUPTCY JUDGE

cc:     Debtor
        Counsel
        Office of the U.S. Trustee