IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>     Debtor(s) | Bankruptcy No. 18-22661-GLT<br><br>Chapter 13 |
| ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>     Movant(s) | Related to Document No. 47, 48, 49, 50<br><br>Hearing Date: September 30, 2020 at 10:00 AM |
| v.<br><br>BCJ LAW LLC<br>EAST END TRIAL GROUP LLC<br>MOYNIHAN LAW PC<br>RONDA J. WINNECOUR, TRUSTEE<br>     Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR AMENDED ORDER OF EMPLOYMENT OF SPECIAL COUNSEL
DUE TO LAW FIRM CHANGE OF ATTORNEY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 30, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 16, 2020.

It is hereby respectfully requested that the Amended Proposed Order filed at Dkt. No. 50 be entered by the Court.

Respectfully submitted,

MOYNIHAN LAW, PC

Dated: August 18, 2020     By:   /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net