IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy No. 18-22661-GLT
ANDREW W. YAVORKA
BARBARA C. YAVORKA
      Debtor(s)                               Chapter 13


ANDREW W. YAVORKA                               Related to Document No. 52
BARBARA C. YAVORKA
      Movant(s)


      v.


BCJ LAW LLC
EAST END TRIAL GROUP LLC
MOYNIHAN LAW PC
RONDA J. WINNECOUR, TRUSTEE
      Respondent(s)

### CERTIFICATE OF SERVICE OF
### AMENDED ORDER APPROVING COUNSEL FOR THE DEBTOR

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **August 19, 2020**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."


Executed on: <u>August 19, 2020</u>                /s/ Mark G. Moynihan
                                                    Mark G. Moynihan, Esquire
                                                    Attorney for Debtor(s)
                                                    PA 307622
                                                    Moynihan Law PC
                                                    2 Chatham Center, Suite 230
                                                    Pittsburgh, PA 15219
                                                    Phone:  (412) 889-8535
                                                    Fax:  (800) 997-8192
                                                    Email: mark@moynihanlaw.net

## Service by CM/ECF System Notice of Electronic Filing

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Township of Hampton
jhunt@grblaw.com, cnoroski@grblaw.com

Christopher M. McMonagle on behalf of Creditor LOANCARE, LLC
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

Mark G. Moynihan on behalf of Debtor Andrew W. Yavorka
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan on behalf of Joint Debtor Barbara C. Yavorka
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Federal Home Loan Mortgage Corporation, as Trustee for the
benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

## Service by First-Class Mail

| | | |
|---|---|---|
| LOANCARE, LLC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3403 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | SELECT PORTFOLIO SERVICING, INC<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |

| | | |
|---|---|---|
| Specialized Loan Servicing LLC<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Township of Hampton<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| ARS National Services, Inc.<br>P.O. Box 469046<br>Escondido, CA 92046-9046 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Bill Me Later<br>P.O. Box 5018<br>Lutherville Timonium, MD 21094-5018 | Burton Neil & Associates, P.C.<br>1060 Andrew Dr Ste 170<br>West Chester, PA 19380-5600 |
| Capital Management Services, LP<br>698   South Ogden<br>Buffalo, NY 14206-2317 | Capital One (USA) N.A.<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citicorp Credit Services<br>Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Country Door<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 |
| Credit First National Association<br>Attn: BK Credit Operations<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |

| | | |
|---|---|---|
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Federal Home Loan Mortgage Corporation, as T<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 |
| Fingerhut/Webbank<br>Bankruptcy Dept<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Fox Hills Cash<br>P.O. Box 196<br>Batesland, SD 57716-0196 |
| Frontline Asset Strategies, LLC<br>2700 Snelling Avenue North Ste 250<br>Saint Paul, MN 55113-1783 | Global Credit<br>P.O. Box 2127<br>Schiller Park, IL 60176-0127 | Great Plains Lending<br>Attn: Bankruptcy<br>1050 East 2nd Street, Box 500<br>Edmond, OK 73034-5313 |
| Gregg Lawrence Morris, Esq.<br>213 East Main St<br>Carnegie, PA 15106-2701 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding/Resurgent Capital<br>Po Box 10497<br>Greenville, SC 29603-0497 | LoanCare LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | MRS BPO, LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 |
| Masseys<br>P.O. Box 2822<br>Monroe, WI 53566-8022 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding, LLC<br>Attn: Bankruptcy<br>P.O. Box 939069<br>San Diego, CA 92193-9069 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

| | | |
|---|---|---|
| Onemain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | PCA Acquisitions<br>1002 Justison St<br>Wilmington, DE 19801-5148 |
| PSECU<br>1500 ELMERTON AVE.<br>HARRISBURG, PA 17110-9214 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 | Patenaude & Felix<br>4545 Murphy Canyon Rd<br>San Diego, CA 92123-4363 |
| Pay Pal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | Phillips & Cohen Associates,<br>LTD<br>1002 Justison Street<br>Wilmington, DE 19801-5148 | PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | RLG<br>409 Lackawanna Ave Ste 320<br>Scranton, PA 18503-2062 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Synchrony Bank/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | Township of Hampton<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| True Accord<br>153 Maiden Lane 3rd Fl<br>San Francisco, CA 94108-5301 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 | Valentine & Kebartas, LLC<br>P.O. Box 325<br>Lawrence, MA 01842-0625 |
| Wells Fargo Bank, N.A.<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Weltman, Weinberg & Reis Co.,<br>LPA<br>436 7th Ave Ste 2500<br>Pittsburgh, PA 15219-1842 | White Hills<br>Island Finance<br>P.O. Box 330<br>Hays, MT 59527-0330 |

| | | |
|---|---|---|
| Andrew W. Yavorka<br>Barbara C. Yavorka<br>2555 Wildwood Rd<br>Allison Park, PA 15101-2223 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Kevin Abramowicz, Esq.<br>East End Trial Group LLC<br>186 42nd St<br>PO Box 40127<br>Pittsburgh, PA 15201 |