IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/18/20 5:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
ANDREW W. YAVORKA
BARBARA C. YAVORKA
    Debtor(s)

ANDREW W. YAVORKA
BARBARA C. YAVORKA
    Movant(s)

    v.

BCJ LAW LLC
EAST END TRIAL GROUP LLC
MOYNIHAN LAW PC
RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

Bankruptcy No. 18-22661-GLT

Chapter 13

Related to Dkt. No. 47
Hearing: September 30, 2020 at 10:00 a.m.

## AMENDED ORDER APPROVING COUNSEL FOR THE DEBTOR

**AND NOW**, this 18th day of August 2020, upon consideration of the **APPLICATION FOR APPROVAL OF ATTORNEYS** filed at Doc. No. 37 (the "Application") and the **MOTION FOR AMENDED ORDER OF EMPLOYMENT OF SPECIAL COUNSEL DUE TO LAW FIRM CHANGE OF ATTORNEY** filed at Doc. No. 47 it is **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219, BCJ Law LLC 212 45th St, Pittsburgh, PA 15201, and East End Trial Group, LLC, 212 45th St, Pittsburgh, PA 15201 are hereby appointed as Attorney(s) for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

Prepared by: Mark G. Moynihan, Esq.

**ENTERED BY DEFAULT**

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

cc:    Debtor
        Counsel
        Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew W. Yavorka  
Barbara C. Yavorka  
    Debtors  

Case No. 18-22661-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Aug 19, 2020  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db/jdb        +Andrew W. Yavorka,    Barbara C. Yavorka,    2555 Wildwood Rd,    Allison Park, PA 15101-2223  
                +East End Trial Group, LLC,    212 45th Street,    Pittsburgh, PA 15201-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:  
         Christopher M. McMonagle    on behalf of Creditor    LOANCARE, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         James Warmbrodt    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Township of Hampton jhunt@grblaw.com, cnoroski@grblaw.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Mark G. Moynihan    on behalf of Joint Debtor Barbara C. Yavorka mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Mark G. Moynihan    on behalf of Debtor Andrew W. Yavorka mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                          TOTAL: 9