IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>    Debtor(s) | Bankruptcy No. 18-22661-GLT<br><br>Chapter 13 |
| ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>    Movant(s)<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, AS TRUSTEE FOR THE<br>BENEFIT OF FREDDIE MAC SEASONED<br>LOANS STRUCTURED TRANSACTION TRUST,<br>SERIES 2019-3<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Doc. No.<br><br>Related to Claim 29 |

## DECLARATION OF PLAN SUFFICIENCY
## FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)

1. On March 2, 2021, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 filed a Notice of Mortgage Payment Change indicating that the new total payment was $950.01.

2. The Debtors' Chapter 13 Plan, dated January 29, 2018, which was confirmed on April 1, 2019 includes a payment to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 or its predecessor of $1,021.16, which is sufficient to cover the new payment.

3. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3

Court claim number:    29

MOYNIHAN LAW PC

Dated: March 2, 2021    By:    /s/ Mark G. Moynihan
Mark G. Moynihan
PA ID No. 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

Attorney for Debtor(s)