UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 18-22661-glt |
| Andrew W. Yavorka and | : | |
| Barbara C. Yavorka, Debtors | : | Chapter 13 |

## **RESPONSE TO RULE TO SHOW CAUSE**

AND NOW COME the Debtors, Andrew W. Yavorka and Barbara C. Yavorka, by their counsel, Shawn N. Wright, Esquire, to state the following in response to the Rule to Show Cause issued by this Honorable Court:

1. A response to the Notice of Mortgage Payment Change filed by Federal Home Loan Mortgage was not timely filed in this matter.

2. As a result, this Honorable Court issued a Rule to Show Cause at Document Number 63.

3. Undersigned Counsel has entered his appearance on behalf of the Debtor on December 9, 2021, and has also filed a Declaration to the Notice of Mortgage Payment Change.

4. Attorney Mark Moynihan is in the process of withdrawing from his Chapter 13 cases and is in the processing of retiring from the practice of law.

5. Undersigned Counsel will be representing the Debtors in this case in the future.

WHEREFORE, the Debtors so respond to the Rule to Show Cause.

Attorney for Debtors

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237

(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com