FILED
12/15/21 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* : | |
| : | Case No. 18-22661-GLT |
| **ANDREW W. YAVORKA and** : | Chapter 13 |
| **BARBARA C. YAVORKA**, : | Related to Dkt. No. 60 |
| *Debtors.* : | Hearing: January 12, 2022 at 11:00 a.m. |
| : | Response: January 4, 2022 |

## ORDER TO SHOW CAUSE
## AGAINST MARK MOYNIHAN, ESQ.

This matter came before the Court upon its *Text Order* issued on November 24, 2021 [Dkt. No. 59] requiring the Debtors to comply with W.PA.LBR 3002-4(b) regarding the *Notice of Mortgage Payment Change* filed on November 2, 2021. The *Text Order* required compliance by November 29, 2021 or a daily $25 sanction would be imposed. On December 6, 2021, the Court issued a second *Text Order* [Dkt. No. 60] imposing a $150 sanction upon Mark Moynihan, Esq. for failure to take corrective action within the timeframe allotted under the first *Text Order* [Dkt. No. 59]. Upon review with the Financial Clerk of this Court, it appears that the sanction has not been received and the Debtors have yet to comply with W.PA.LBR 3002-4(b).

For the foregoing reasons, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **January 12, 2022 at 11 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania, 15219 at which time Mark Moynihan, Esq. shall *personally appear* to show cause why the Court should not hold him in contempt for his failure to comply with several Court Orders and paying the assessed sanction.

2. On or before **January 4, 2022**, Mark Moynihan, Esq. may file any response.

3.  If all necessary corrective action is taken on or before **January 4, 2022** (and the sanction payment is timely remitted), the Court may consider withdrawing this *Order to Show Cause*.

Dated: December 15, 2021

_____
GREGORY TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Mark G. Moynihan, Esq.

**Notice Recipients**

District/Off: 0315−2          User: culy                    Date Created: 12/2/2021
Case: 19−21434−GLT            Form ID: pdf900               Total: 3

**Recipients of Notice of Electronic Filing:**
aty          Mark G. Moynihan        mark@moynihanlaw.net

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Martin L. Veitz     PO Box 468     Koppel, PA 16136
jdb          Bonnie S. Veitz     PO Box 468     Koppel, PA 16136

                                                                                    TOTAL: 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew W. Yavorka  
Barbara C. Yavorka  
    Debtors

Case No. 18-22661-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Dec 15, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Andrew W. Yavorka, Barbara C. Yavorka, 2555 Wildwood Rd, Allison Park, PA 15101-2223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Christopher M. McMonagle  
    on behalf of Creditor LOANCARE LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

Jeffrey R. Hunt  
    on behalf of Creditor Township of Hampton jhunt@grblaw.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich  
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

District/off: 0315-2 | User: bsil | Page 2 of 2
Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 1

Mark G. Moynihan
    on behalf of Joint Debtor Barbara C. Yavorka mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Debtor Andrew W. Yavorka mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Andrew W. Yavorka shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Barbara C. Yavorka shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12