# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/15/2022

IN RE:

ANDREW W. YAVORKA  
BARBARA C. YAVORKA  
2555 WILDWOOD RD  
ALLISON PARK, PA 15101  
XXX-XX-2451        Debtor(s)

XXX-XX-7452

Case No. 18-22661 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/15/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 9215 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %:  4.50%<br>Court Claim Number:2<br><br>CLAIM:  9,232.61<br>COMMENT:  CL2GOV@MDF*9566@4.50%*910CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5963 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  $0@0%/PL*$0/CL*W/75 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9467 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DCLAR-LMT*LOANCARE/PL*1ST/SCH*BGN7/18*FR WELLS-DOC34*FR SLS-DO | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8047 |
| **PA STATE EMPLOYEES CU/PSECU**<br>ATTN PAYMENTS<br>1500 ELMERTON AVE<br><br>HARRISBURG, PA  17110 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  0.00<br>COMMENT:  CL17GOV*867.03/PL*933.01 X (60+2)=LMT*HOME EQUITY/SCH*BGN 7/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8L56 |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br><br>PITTSBURGH, PA  15219-1842 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:3-4<br><br>CLAIM:  18,122.16<br>COMMENT:  CL3-4GOVS*TTL/PL=$27,778.49@0%/PL*7452*13-17/SCH*15-17/CL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2451 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  847.48<br>COMMENT:  BARCLAYS BANK CARD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5841 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  9,743.32<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8527 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1528 |
| **CHASE(\*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2958 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13-2<br>CLAIM: 7,038.20<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5821 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 204.82<br>COMMENT: 8530/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1530 |
| **CREDIT FIRST NA\***<br>BK 13 CREDIT OPERATIONS\*<br>POB 818011\*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 1,132.23<br>COMMENT: 7453~FIRESTONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7452 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7168 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 959.47<br>COMMENT: REF 3437767488 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1264 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 667.44<br>COMMENT: REF 3437767327 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2657 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC\*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 438.99<br>COMMENT: REF 3437767563 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3744 |
| **FOX HILLS CASH**<br>PO BOX 196<br><br>BATESLAND, SD 57716 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3438 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FRONTLINE ASSET STRATEGIES LLC**<br>2700 SNELLING AVE N STE 250<br><br>ROSEVILLE, MN 55113-1783 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3438 |
| **FRONTLINE ASSET STRATEGIES LLC**<br>2700 SNELLING AVE N STE 250<br><br>ROSEVILLE, MN 55113-1783 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4475 |
| **GREAT PLAINS LENDING**<br>1050 EAST 2ND ST<br>BOX 500<br>EDMUND, OK 73034 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9795 |
| **GREAT PLAINS LENDING**<br>1050 EAST 2ND ST<br>BOX 500<br>EDMUND, OK 73034 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8202 |
| **GREAT PLAINS LENDING**<br>1050 EAST 2ND ST<br>BOX 500<br>EDMUND, OK 73034 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6487 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,263.12<br>COMMENT: CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8688 |
| **MASSEYS SHOES**<br>1251 FIRST AVE<br><br>CHIPPEWA FALLS, WI 54774 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 01A2 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9147 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,118.13<br>COMMENT: 0625~COMENITY BANK~WMN WTHN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1622 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 812.35<br>COMMENT: 4465~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9175 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| ONE MAIN FINANCIAL GROUP LLC(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1532 | CLAIM: 10,957.58<br>COMMENT: 4520/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0205 | CLAIM: 0.00<br>COMMENT: |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2451 | CLAIM: 11,545.86<br>COMMENT: 0009/SCH*LOAN 25*INSUFF POD*LAST ACTIVE 3-2-15/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 0.00<br>COMMENT: |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7452 | CLAIM: 9,132.45<br>COMMENT: 0009/SCH*LOAN 24*INSUFF POD*LAST ACTIVE 3-2-15/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7452 | CLAIM: 10,031.38<br>COMMENT: 0001/SCH*INSUFF POD*LAST ACTIVE 3-3-15/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7452 | CLAIM: 9,967.48<br>COMMENT: 0201/SCH*INSUFF POD*LAST ACTIVE 3-3-15/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2451 | CLAIM: 9,331.57<br>COMMENT: 0204/SCH*LOAN 21*INSUFF POD*LAST ACTIVE 3-3-15/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6112 | CLAIM: 2,749.52<br>COMMENT: 0200/SCH*LOAN 20*INSUFF POD*LAST ACTIVE 3-16-16/SCH |
| PA STATE EMPLOYEES CU/PSECU<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 1,093.03<br>COMMENT: PAYPAL CREDIT*COMENITY CAPITAL BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5284 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 13,763.27<br>COMMENT: ATT~UNIVERSAL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1615 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,877.11<br>COMMENT: WFNB~GIANT EAGLE/SCH*COMENITY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4483 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 1,281.99<br>COMMENT: CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7944 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 391.72<br>COMMENT: LOWES/SCH*SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3676 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9215 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5977 |
| **WHITE HILLS CASH**<br>ISLAND FINANCIAL, LLC<br>POB 330<br>HAYS, MT 59527 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1902 |
| **ARS NATIONAL SERVICE**<br>PO BOX 169100<br>ESCONDIDO, CA 92046 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BILL ME LATER**<br>POB 2394<br><br>OMAHA, NE 68103-2394 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5284 |
| **BURTON NEIL**<br>BURTON NEIL & ASSOC PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA 19380 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL MANAGEMENT SERVICES**<br>698 1/2 SOUTH OGDEN ST<br><br>BUFFALO, NY 14206 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9170 |
| **FINANCIAL RECOVERY SVCS INC**<br>POB 385908<br><br>MINNEAPOLIS, MN 55438-5908 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: J521 |
| **GLOBAL CREDIT & COLLECTIONS**<br>4839 N ELSTON AVE<br><br>CHICAGO, IL 60630-2534 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREGG L MORRIS ESQ**<br>PATENAUDE & FELIX APC<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG, PA 15317 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL F RATCHFORD ESQ**<br>409 LACKAWANNA AVE STE 320<br><br>SCRANTON, PA 18503 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br><br>CHERRY HILL, NJ 08003 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATENAUDE AND FELIX APC**<br>9619 CHESAPEAKE DR STE 300<br><br>SAN DIEGO, CA 92123 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PCA ACQUISITIONS V LLC**<br>C/O PHILLIPS & COHEN ASSOCIATES LTD - SVCR<br>1002 JUSTISON ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **TRUE ACCORD COLLECTION AGENCY++**<br>153 MAIDEN LN 3RD FL<br><br>SAN FRANCISCO, CA 94108 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VALENTINE & KEBARTAS**<br>POB 325<br><br>LAWRENCE, MA 01842 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COMCAST CORP**<br>COMCAST CENTER<br>1701 JFK BLVD<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:3-4<br><br>CLAIM: 16,862.81<br>COMMENT: CL3-4 GOV*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2451 |
| **PA STATE EMPLOYEES CU/PSECU**<br>ATTN PAYMENTS<br>1500 ELMERTON AVE<br><br>HARRISBURG, PA 17110 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 42,352.41<br>COMMENT: CL17GOV*39223/PL*THRU 6/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8L56 |
| **HAMPTON TOWNSHIP (R/E TAX)**<br>C/O JORDAN TAX SVC(DELQ CLCTR)<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:67  INT %: 10.00%<br>Court Claim Number:7<br><br>CLAIM: 0.00<br>COMMENT: 1076E244*CL7GOV*$3.51/CL*NT/SCH-PL*WNTS 10%*2018*W/68*NT DUE/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: E244 |
| **HAMPTON TOWNSHIP (R/E TAX)**<br>C/O JORDAN TAX SVC(DELQ CLCTR)<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 0.35<br>COMMENT: 1076E244*CL7GOV*NT/SCH-PL*NON INT*2018*W/67 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: E244 |
| **CHRISTOPHER M MCMONAGLE ESQ**<br>STERN & EISENBERG PC<br>1581 MAIN ST STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON, PA 18976 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOANCARE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:71  INT %:  0.00% <br> Court Claim Number:28 <br><br> CLAIM:  335.05 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0064 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU** <br> C/O SELECT PORTFOLIO SERVICING INC* <br> PO BOX 65450 <br><br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:72  INT %:  0.00% <br> Court Claim Number:29 <br><br> CLAIM:  499.82 <br> COMMENT:  CL29GOV*$0/PL@LOANCARE*THRU 6/18*FR WELLS-DOC 34*FR SPEC LN SVCG-D( | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.: 8047 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:73  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FEDERAL HOME LN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:74  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br><br> NEW ALBANY, OH  43054-3025 | Trustee Claim Number:75  INT %:  0.00% <br> Court Claim Number:1 <br><br> CLAIM:  8,678.68 <br> COMMENT:  NO GEN UNS/SCH*W/4 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 9467 |

Case 18-22661-GLT    Doc 73    Filed 07/15/22    Entered 07/15/22 10:24:02    Desc
Page 10 of 10