Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew W. Yavorka** | : | Case No. 18−22661−GLT |
| aka Andrew William Yavorka | : | Chapter: 13 |
| **Barbara C. Yavorka** | : | |
| aka Barbara Christine Yavorka, aka Barbara | : | |
| Christine Snowdon, aka Barbara Christine Burger, | : | |
| and others... | : | |
|     *Debtor(s)* | : | Related to Document No. 84 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Hearing Date: 10/18/23 at 11:00 AM |
|     *Movant(s),* | : | |
| | : | |
|     v. | : | |
| **No Respondents** | | |
|     *Respondent(s).* | | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 28th of August, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 84 by the Chapter 13 Trustee,

    It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

    (1) ***On or before October 9, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2) This Motion is scheduled for hearing on ***October 18, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew W. Yavorka  
Barbara C. Yavorka  
    Debtors

Case No. 18-22661-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Aug 28, 2023     Form ID: 604     Total Noticed: 73

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Yavorka, Barbara C. Yavorka, 2555 Wildwood Rd, Allison Park, PA 15101-2223 |
| sp | + | Kevin Abramowicz, East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| cr | + | LOANCARE, LLC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14873750 | + | Fox Hills Cash, P.O. Box 196, Batesland, SD 57716-0196 |
| 14873752 | + | Global Credit, P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14873754 | + | Gregg Lawrence Morris, Esq., 213 East Main St, Carnegie, PA 15106-2701 |
| 14873759 | + | Michael F. Ratchford, Esq., Ratchford Law Group, PC, 409 Lackawanna Avenue, Ste 320, Scranton, PA 18503-2087 |
| 14873770 | + | RLG, 409 Lackawanna Ave Ste 320, Scranton, PA 18503-2087 |
| 14873773 | + | True Accord, 153 Maiden Lane 3rd Fl, San Francisco, CA 94108-5301 |
| 14873778 | + | White Hills, Island Finance, P.O. Box 330, Hays, MT 59527-0330 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2023 23:40:58 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 28 2023 23:36:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14873735 | | Email/Text: legal@arsnational.com | Aug 28 2023 23:37:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14873734 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14879697 | | Email/Text: ally@ebn.phinsolutions.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 28 2023 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14873736 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14873737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:54 | Bill Me Later, P.O. Box 5018, Lutherville Timonium, MD 21094-5018 |
| 14873738 | + | Email/Text: notices@burt-law.com | Aug 28 2023 23:39:00 | Burton Neil & Associates, P.C., 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 14873739 | | Email/Text: cms-bk@cms-collect.com | Aug 28 2023 23:37:00 | Capital Management Services, LP, 698 South Ogden, Buffalo, NY 14206-2317 |
| 14873740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:40:42 | Capital One (USA) N.A., Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14873741 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:02:52 | Capital One (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14897228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:03:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14900186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:41:03 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14873743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:01:45 | Citicorp Credit Services, Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14873744 | | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:39:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14893762 | + | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:39:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14908238 | | Email/Text: BKPT@cfna.com | Aug 28 2023 23:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14873745 | + | Email/Text: BKPT@cfna.com | Aug 28 2023 23:36:00 | Credit First National Association, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14877962 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14873746 | + | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14910098 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 28 2023 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183861 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14873747 | | Email/Text: data_processing@fin-rec.com | Aug 28 2023 23:37:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14873748 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 23:39:00 | Fingerhut/Webbank, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14873749 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 29 2023 00:20:03 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14873751 | + | Email/Text: Banko@frontlineas.com | Aug 28 2023 23:39:00 | Frontline Asset Strategies, LLC, 2700 Snelling Avenue North Ste 250, Saint Paul, MN 55113-1783 |
| 14873753 | ^ | MEBN | Aug 28 2023 23:30:17 | Great Plains Lending, Attn: Bankruptcy, 1050 East 2nd Street, Box 500, Edmond, OK 73034-5313 |
| 14873755 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 23:37:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 18-22661-GLT   Doc 86   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 73 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14873742 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2023 23:41:38 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14894865 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:03:04 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:44 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14873756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 28 2023 23:37:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873762 | ^ | MEBN | Aug 28 2023 23:28:53 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14873758 | + | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:36:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14873760 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14897367 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14873761 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14889866 | | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:54 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14873763 | + | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:55 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14873764 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14873767 | | Email/Text: inveniobkt@phillips-cohen.com | Aug 28 2023 23:37:00 | PCA Acquisitions, 1002 Justison St, Wilmington, DE 19801 |
| 14897956 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:20:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14874141 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:20:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905333 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14902424 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | PSECU, 1500 ELMERTON AVE., HARRISBURG, PA 17110-9214 |
| 14873766 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:29 | Pay Pal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14873768 | + | Email/Text: pcabkt@phillips-cohen.com | Aug 28 2023 23:37:00 | Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14873769 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 28 2023 23:41:03 | Portfolio Recovery Associates, LLC, Po Box 41021, Norfolk, VA 23541-1021 |
| 14902045 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14912274 | + | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15032027 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14873771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:02:39 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |

| Recip ID | Bypass | Method | Date | Name and Address |
|---|---|---|---|---|
| 14873772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:43 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14895215 | + | Email/Text: ebnjts@grblaw.com | Aug 28 2023 23:36:00 | Township of Hampton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14873774 | + | Email/Text: BAN5620@UCBINC.COM | Aug 28 2023 23:37:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14873775 | + | Email/Text: hcouto@v-k-i.net | Aug 28 2023 23:36:00 | Valentine & Kebartas, LLC, P.O. Box 325, Lawrence, MA 01842-0625 |
| 14912250 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 28 2023 23:37:00 | Wells Fargo Bank, N.A., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873776 | | Email/Text: pitbk@weltman.com | Aug 28 2023 23:37:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 14873777 | + | Email/Text: pitbk@weltman.com | Aug 28 2023 23:37:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, #2500, Pittsburgh, PA 15219-1842 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14908976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 14873765 | ##+ | Patenaude & Felix, 4545 Murphy Canyon Rd, San Diego, CA 92123-4363 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 73 |

on behalf of Creditor LOANCARE LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Denise Carlon

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com

Jeffrey R. Hunt

on behalf of Creditor Township of Hampton jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Mark G. Moynihan

on behalf of Joint Debtor Barbara C. Yavorka mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Debtor Andrew W. Yavorka mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Debtor Andrew W. Yavorka shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Joint Debtor Barbara C. Yavorka shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 13