**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREW W. YAVORKA<br>BARBARA C. YAVORKA<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-22661<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/29/2018 and confirmed on 8/15/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 204,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 204,000.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,170.00 | |
|   Trustee Fee | 9,295.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,465.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 57,890.64 | 0.00 | 57,890.64 |
|     Acct: 8047 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 52,947.39 | 52,947.39 | 0.00 | 52,947.39 |
|     Acct: 8L56 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 42,352.41 | 42,352.41 | 0.00 | 42,352.41 |
|     Acct: 8L56 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 499.82 | 499.82 | 0.00 | 499.82 |
|     Acct: 8047 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9467 | | | | |
|   HAMPTON TOWNSHIP (R/E TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: E244 | | | | |
|   HAMPTON TOWNSHIP (R/E TAX) | 0.35 | 0.35 | 0.00 | 0.35 |
|     Acct: E244 | | | | |
|   ALLY FINANCIAL(*) | 9,232.61 | 9,232.61 | 455.17 | 9,687.78 |
|     Acct: 5963 | | | | |
| | | | | 163,378.39 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW W. YAVORKA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 2,170.00 | 2,170.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-23 | | | | |
|   INTERNAL REVENUE SERVICE* | 18,122.16 | 18,122.16 | 0.00 | 18,122.16 |
|     Acct: 2451 | | | | |
| | | | | 18,122.16 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 847.48 | 51.49 | 0.00 | 51.49 |
| | Acct: 5841 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 9,743.32 | 591.99 | 0.00 | 591.99 |
| | Acct: 8527 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1528 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2958 | | | | |
| | CITIBANK NA** | 7,038.20 | 427.63 | 0.00 | 427.63 |
| | Acct: 5821 | | | | |
| | COUNTRY DOOR | 204.82 | 12.44 | 0.00 | 12.44 |
| | Acct: 1530 | | | | |
| | CREDIT FIRST NA* | 1,132.23 | 68.79 | 0.00 | 68.79 |
| | Acct: 7452 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7168 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 959.47 | 58.30 | 0.00 | 58.30 |
| | Acct: 1264 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 667.44 | 40.55 | 0.00 | 40.55 |
| | Acct: 2657 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 438.99 | 26.67 | 0.00 | 26.67 |
| | Acct: 3744 | | | | |
| | FOX HILLS CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3438 | | | | |
| | FRONTLINE ASSET STRATEGIES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3438 | | | | |
| | FRONTLINE ASSET STRATEGIES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4475 | | | | |
| | GREAT PLAINS LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9795 | | | | |
| | GREAT PLAINS LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8202 | | | | |
| | GREAT PLAINS LENDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6487 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,263.12 | 76.75 | 0.00 | 76.75 |
| | Acct: 8688 | | | | |
| | MASSEYS SHOES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 01A2 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9147 | | | | |
| | MIDLAND FUNDING LLC | 1,118.13 | 67.94 | 0.00 | 67.94 |
| | Acct: 1622 | | | | |
| | MIDLAND FUNDING LLC | 812.35 | 49.36 | 0.00 | 49.36 |
| | Acct: 9175 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 10,957.58 | 665.77 | 0.00 | 665.77 |
| | Acct: 1532 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0205 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 11,545.86 | 701.52 | 0.00 | 701.52 |
| | Acct: 2451 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 9,132.45 | 554.88 | 0.00 | 554.88 |
| | Acct: 7452 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 10,031.38 | 609.50 | 0.00 | 609.50 |
| | Acct: 7452 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 9,967.48 | 605.61 | 0.00 | 605.61 |
| | Acct: 7452 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 9,331.57 | 566.98 | 0.00 | 566.98 |
| | Acct: 2451 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 2,749.52 | 167.06 | 0.00 | 167.06 |
| | Acct: 6112 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 1,093.03 | 66.41 | 0.00 | 66.41 |
| | Acct: 5284 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 13,763.27 | 836.25 | 0.00 | 836.25 |
| | Acct: 1615 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,877.11 | 114.05 | 0.00 | 114.05 |
| | Acct: 4483 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,281.99 | 77.89 | 0.00 | 77.89 |
| | Acct: 7944 | | | | |
| | MIDLAND FUNDING LLC | 391.72 | 23.80 | 0.00 | 23.80 |
| | Acct: 3676 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9215 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5977 | | | | |
| | WHITE HILLS CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1902 | | | | |
| | INTERNAL REVENUE SERVICE* | 16,862.81 | 1,024.56 | 0.00 | 1,024.56 |
| | Acct: 2451 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 335.05 | 20.36 | 0.00 | 20.36 |
| | Acct: 0064 | | | | |
| | DISCOVER BANK(*) | 8,678.68 | 527.31 | 0.00 | 527.31 |
| | Acct: 9467 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9215 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMCAST CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5284 | | | | |
| | BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9170 | | | | |
| | FINANCIAL RECOVERY SVCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: J521 | | | | |
| | GLOBAL CREDIT & COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

18-22661
Page 4 of 4

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PCA ACQUISITIONS V LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    TRUE ACCORD COLLECTION AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    VALENTINE & KEBARTAS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 8,033.86 |

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 189,534.41 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 18,122.16 |
| SECURED | 105,032.58 |
| UNSECURED | 132,225.05 |

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ANDREW W. YAVORKA
   BARBARA C. YAVORKA
        Debtor(s)

Ronda J. Winnecour
      Movant
     vs.
No Repondents.

Case No.:18-22661

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22661-GLT |
| Andrew W. Yavorka | Chapter 13 |
| Barbara C. Yavorka | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Yavorka, Barbara C. Yavorka, 2555 Wildwood Rd, Allison Park, PA 15101-2223 |
| sp | + | Kevin Abramowicz, East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| cr | + | LOANCARE, LLC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14873750 | + | Fox Hills Cash, P.O. Box 196, Batesland, SD 57716-0196 |
| 14873752 | + | Global Credit, P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14873754 | + | Gregg Lawrence Morris, Esq., 213 East Main St, Carnegie, PA 15106-2701 |
| 14873759 | + | Michael F. Ratchford, Esq., Ratchford Law Group, PC, 409 Lackawanna Avenue, Ste 320, Scranton, PA 18503-2087 |
| 14873770 | + | RLG, 409 Lackawanna Ave Ste 320, Scranton, PA 18503-2087 |
| 14873773 | + | True Accord, 153 Maiden Lane 3rd Fl, San Francisco, CA 94108-5301 |
| 14873778 | + | White Hills, Island Finance, P.O. Box 330, Hays, MT 59527-0330 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2023 23:41:34 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 28 2023 23:36:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14873735 | | Email/Text: legal@arsnational.com | Aug 28 2023 23:37:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14873734 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14879697 | | Email/Text: ally@ebn.phinsolutions.com | | |

Case 18-22661-GLT    Doc 87    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc Imaged
                               Certificate of Notice    Page 8 of 11

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | | | Aug 28 2023 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14873736 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14873737 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:58 | Bill Me Later, P.O. Box 5018, Lutherville Timonium, MD 21094-5018 |
| 14873738 | + | Email/Text: notices@burt-law.com | Aug 28 2023 23:39:00 | Burton Neil & Associates, P.C., 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 14873739 | | Email/Text: cms-bk@cms-collect.com | Aug 28 2023 23:37:00 | Capital Management Services, LP, 698 South Ogden, Buffalo, NY 14206-2317 |
| 14873740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:40:41 | Capital One (USA) N.A., Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14873741 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:40:36 | Capital One (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14897228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:02:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14900186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:41:02 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14873743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:42 | Citicorp Credit Services, Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14873744 | | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:39:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14893762 | + | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:39:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14908238 | | Email/Text: BKPT@cfna.com | Aug 28 2023 23:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14873745 | + | Email/Text: BKPT@cfna.com | Aug 28 2023 23:36:00 | Credit First National Association, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14877962 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14873746 | + | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14910098 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 28 2023 23:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183861 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2023 23:39:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14873747 | | Email/Text: data_processing@fin-rec.com | Aug 28 2023 23:37:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14873748 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 23:39:00 | Fingerhut/Webbank, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14873749 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2023 23:41:44 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14873751 | + | Email/Text: Banko@frontlineas.com | Aug 28 2023 23:39:00 | Frontline Asset Strategies, LLC, 2700 Snelling Avenue North Ste 250, Saint Paul, MN 55113-1783 |
| 14873753 | ^ | MEBN | Aug 28 2023 23:30:18 | Great Plains Lending, Attn: Bankruptcy, 1050 East 2nd Street, Box 500, Edmond, OK 73034-5313 |
| 14873755 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 23:37:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 18-22661-GLT   Doc 87   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 9 of 11

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 73 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14873742 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2023 23:41:44 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14894865 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:58 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14873756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 28 2023 23:37:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873762 | ^ | MEBN | Aug 28 2023 23:28:55 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14873758 | + | Email/Text: bankruptcy@sccompanies.com | Aug 28 2023 23:36:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14873760 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14897367 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14873761 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14889866 | | Email/PDF: cbp@omf.com | Aug 29 2023 00:03:01 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14873763 | + | Email/PDF: cbp@omf.com | Aug 28 2023 23:41:38 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14873764 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14873767 | | Email/Text: inveniobkt@phillips-cohen.com | Aug 28 2023 23:37:00 | PCA Acquisitions, 1002 Justison St, Wilmington, DE 19801 |
| 14897956 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:02:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14874141 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:03:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905333 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14902424 | + | Email/Text: bankruptcynotices@psecu.com | Aug 28 2023 23:39:00 | PSECU, 1500 ELMERTON AVE., HARRISBURG, PA 17110-9214 |
| 14873766 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:03 | Pay Pal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14873768 | + | Email/Text: pcabkt@phillips-cohen.com | Aug 28 2023 23:37:00 | Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14873769 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:03:16 | Portfolio Recovery Associates, LLC, Po Box 41021, Norfolk, VA 23541-1021 |
| 14902045 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14912274 | + | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15032027 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 28 2023 23:37:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14873771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:38 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 73 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14873772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:25 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14895215 | + | Email/Text: ebnjts@grblaw.com | Aug 28 2023 23:36:00 | Township of Hampton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14873774 | + | Email/Text: BAN5620@UCBINC.COM | Aug 28 2023 23:37:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14873775 | + | Email/Text: hcouto@v-k-i.net | Aug 28 2023 23:36:00 | Valentine & Kebartas, LLC, P.O. Box 325, Lawrence, MA 01842-0625 |
| 14912250 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 28 2023 23:37:00 | Wells Fargo Bank, N.A., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873776 |   | Email/Text: pitbk@weltman.com | Aug 28 2023 23:37:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 14873777 | + | Email/Text: pitbk@weltman.com | Aug 28 2023 23:37:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, #2500, Pittsburgh, PA 15219-1842 |

TOTAL: 63

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14908976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 14873765 | ##+ | Patenaude & Felix, 4545 Murphy Canyon Rd, San Diego, CA 92123-4363 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | |

on behalf of Creditor LOANCARE LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Denise Carlon

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com

Jeffrey R. Hunt

on behalf of Creditor Township of Hampton jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Mark G. Moynihan

on behalf of Joint Debtor Barbara C. Yavorka mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Debtor Andrew W. Yavorka mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Debtor Andrew W. Yavorka shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Joint Debtor Barbara C. Yavorka shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 13