**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew W. Yavorka** | Social Security number or ITIN  xxx–xx–2451 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Barbara C. Yavorka** | Social Security number or ITIN  xxx–xx–7452 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  **18–22661–GLT**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew W. Yavorka
aka Andrew William Yavorka

Barbara C. Yavorka
aka Barbara Christine Yavorka, aka Barbara
Christine Snowdon, aka Barbara Christine
Burger, fdba Mine Subsidence Insurance
Services

10/10/23

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**                          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 18-22661-GLT

Andrew W. Yavorka                                                                Chapter 13

Barbara C. Yavorka

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                                Page 1 of 5

Date Rcvd: Oct 10, 2023                  Form ID: 3180W                                    Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew W. Yavorka, Barbara C. Yavorka, 2555 Wildwood Rd, Allison Park, PA 15101-2223 |
| sp | + | Kevin Abramowicz, East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| cr | + | LOANCARE, LLC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14873750 | + | Fox Hills Cash, P.O. Box 196, Batesland, SD 57716-0196 |
| 14873752 | + | Global Credit, P.O. Box 2127, Schiller Park, IL 60176-0127 |
| 14873754 | + | Gregg Lawrence Morris, Esq., 213 East Main St, Carnegie, PA 15106-2701 |
| 14873759 | + | Michael F. Ratchford, Esq., Ratchford Law Group, PC, 409 Lackawanna Avenue, Ste 320, Scranton, PA 18503-2087 |
| 14873770 | + | RLG, 409 Lackawanna Ave Ste 320, Scranton, PA 18503-2087 |
| 14873773 | + | True Accord, 153 Maiden Lane 3rd Fl, San Francisco, CA 94108-5301 |
| 14873778 | + | White Hills, Island Finance, P.O. Box 330, Hays, MT 59527-0330 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 11 2023 08:27:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| | | | |
|---|---|---|---|
| | | Oct 11 2023 04:32:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | | |
| | | Oct 11 2023 04:32:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + Email/Text: ebnjts@grblaw.com | | |
| | | Oct 11 2023 04:32:00 | Township of Hampton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14873735 | Email/Text: legal@arsnational.com | | |
| | | Oct 11 2023 04:32:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14873734 | + EDI: GMACFS.COM | | |
| | | Oct 11 2023 08:27:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14879697 | EDI: GMACFS.COM | | |
| | | Oct 11 2023 08:27:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14873736 | + EDI: TSYS2 | | |
| | | Oct 11 2023 08:27:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14873737 | + EDI: RMSC.COM | | |
| | | Oct 11 2023 08:27:00 | Bill Me Later, P.O. Box 5018, Lutherville Timonium, MD 21094-5018 |
| 14873738 | + Email/Text: notices@burt-law.com | | |
| | | Oct 11 2023 04:33:00 | Burton Neil & Associates, P.C., 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |
| 14873739 | Email/Text: cms-bk@cms-collect.com | | |
| | | Oct 11 2023 04:32:00 | Capital Management Services, LP, 698 South Ogden, Buffalo, NY 14206-2317 |
| 14873740 | + EDI: CAPITALONE.COM | | |
| | | Oct 11 2023 08:27:00 | Capital One (USA) N.A., Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14873741 | EDI: CAPITALONE.COM | | |
| | | Oct 11 2023 08:27:00 | Capital One (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14897228 | EDI: CAPITALONE.COM | | |
| | | Oct 11 2023 08:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14900186 | + EDI: CITICORP.COM | | |
| | | Oct 11 2023 08:27:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14873743 | + EDI: CITICORP.COM | | |
| | | Oct 11 2023 08:27:00 | Citicorp Credit Services, Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14873744 | EDI: CBS7AVE | | |
| | | Oct 11 2023 08:27:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14893762 | + EDI: CBS7AVE | | |
| | | Oct 11 2023 08:27:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14908238 | EDI: CRFRSTNA.COM | | |
| | | Oct 11 2023 08:27:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14873745 | + EDI: CRFRSTNA.COM | | |
| | | Oct 11 2023 08:27:00 | Credit First National Association, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14877962 | EDI: DISCOVER.COM | | |
| | | Oct 11 2023 08:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14873746 | + EDI: DISCOVER.COM | | |
| | | Oct 11 2023 08:27:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14910098 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Oct 11 2023 04:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15183861 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Oct 11 2023 04:33:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14873747 | Email/Text: data_processing@fin-rec.com | | |
| | | Oct 11 2023 04:32:00 | Financial Recovery Services, P.O. Box 385908, |

| | | | | |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55438-5908 |
| 14873748 | + | EDI: BLUESTEM | Oct 11 2023 08:27:00 | Fingerhut/Webbank, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14873749 | + | EDI: AMINFOFP.COM | Oct 11 2023 08:27:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14873751 | + | Email/Text: Banko@frontlineas.com | Oct 11 2023 04:33:00 | Frontline Asset Strategies, LLC, 2700 Snelling Avenue North Ste 250, Saint Paul, MN 55113-1783 |
| 14873753 | ^ | MEBN | Oct 11 2023 04:31:46 | Great Plains Lending, Attn: Bankruptcy, 1050 East 2nd Street, Box 500, Edmond, OK 73034-5313 |
| 14873755 | + | EDI: IRS.COM | Oct 11 2023 08:27:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14873742 | | EDI: JPMORGANCHASE | Oct 11 2023 08:27:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14894865 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14873757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:59 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14873756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 11 2023 04:32:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873762 | ^ | MEBN | Oct 11 2023 04:30:20 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14873758 | + | EDI: CBSMASON | Oct 11 2023 08:27:00 | Masseys, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14873760 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14897367 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14873761 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14889866 | | EDI: AGFINANCE.COM | Oct 11 2023 08:27:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14873763 | + | EDI: AGFINANCE.COM | Oct 11 2023 08:27:00 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14873764 | + | Email/Text: bankruptcynotices@psecu.com | Oct 11 2023 04:33:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14873767 | | Email/Text: inveniobkt@phillips-cohen.com | Oct 11 2023 04:32:00 | PCA Acquisitions, 1002 Justison St, Wilmington, DE 19801 |
| 14897956 | | EDI: PRA.COM | Oct 11 2023 08:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14874141 | + | EDI: RECOVERYCORP.COM | Oct 11 2023 08:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905333 | + | Email/Text: bankruptcynotices@psecu.com | Oct 11 2023 04:33:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14902424 | + | Email/Text: bankruptcynotices@psecu.com | Oct 11 2023 04:33:00 | PSECU, 1500 ELMERTON AVE., HARRISBURG, PA 17110-9214 |
| 14873766 | | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Pay Pal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14873768 | + | Email/Text: pcabkt@phillips-cohen.com | Oct 11 2023 04:32:00 | Phillips & Cohen Associates, LTD, 1002 Justison |

District/off: 0315-2                    User: auto                                  Page 4 of 5
Date Rcvd: Oct 10, 2023                 Form ID: 3180W                      Total Noticed: 75

|  |  |  |  | Street, Wilmington, DE 19801-5148 |
| 14873769 | + | EDI: RECOVERYCORP.COM | Oct 11 2023 08:27:00 | Portfolio Recovery Associates, LLC, Po Box 41021, Norfolk, VA 23541-1021 |
| 14902045 | + | EDI: JEFFERSONCAP.COM | Oct 11 2023 08:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14912274 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15032027 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 11 2023 04:32:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14873771 | + | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14873772 | + | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14895215 | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | Township of Hampton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14873774 | + | Email/Text: BAN5620@UCBINC.COM | Oct 11 2023 04:32:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14873775 | + | Email/Text: hcouto@v-k-i.net | Oct 11 2023 04:32:00 | Valentine & Kebartas, LLC, P.O. Box 325, Lawrence, MA 01842-0625 |
| 14912250 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 11 2023 04:32:00 | Wells Fargo Bank, N.A., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14873776 | | Email/Text: pitbk@weltman.com | Oct 11 2023 04:32:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 14873777 | + | Email/Text: pitbk@weltman.com | Oct 11 2023 04:32:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, #2500, Pittsburgh, PA 15219-1842 |

TOTAL: 67

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14908976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 14873765 | ##+ | Patenaude & Felix, 4545 Murphy Canyon Rd, San Diego, CA 92123-4363 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0315-2                                   User: auto                                   Page 5 of 5
Date Rcvd: Oct 10, 2023                          Form ID: 3180W                          Total Noticed: 75

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor LOANCARE  LLC christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Joint Debtor Barbara C. Yavorka mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Andrew W. Yavorka mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Andrew W. Yavorka shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Joint Debtor Barbara C. Yavorka shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 13