**Fill in this information to identify the case:**

Debtor 1 <u>Andrew W Yavorka</u>

Debtor 2 <u>Barbara C Yavorka</u>
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District Of Pennsylvania</u>

Case number <u>18-22661</u>

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3

**Court claim no**. (if known): <u>29</u>

**Last four digits** of any number you use to identify the debtor's account:   8047

**Date of payment change: <u>12/01/2022</u>**
Must be at least 21 days after date of this notice

**New total payment:**     <u>$ 969.08</u>

Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐  No

    ☒     Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    **Current escrow payment:** $<u>396.08</u>          **New escrow payment:  $<u>406.72</u>**

## Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

    ☒  No
    ☐  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** _____%          **New interest rate:**     _____%

    **Current principal and interest payment:** $_____    **New principal and interest payment:**  $_____

Debtor1  <u>Andrew W Yavorka</u>                              Case Number (*If known*):18-22661
    First Name     Middle Name     Last Name

| Part 3: | Other Payment Change |
|---|---|

**3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No

❑  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
    modification agreement.  (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:**  $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address
and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of
my knowledge, information, and reasonable belief.**

✖/s/ Brian C. Nicholas _____        Date August 30, 2022
    Signature

Print:       <u>Brian C. Nicholas    ATT ID: 317240</u>      Title <u>Attorney for Creditor</u>
           First Name       Middle Name     Last Name

Company    <u>KML Law Group, P.C.</u>

Address     <u>701      Market Street, Suite 5000</u>
           Number      Street
           Philadelphia,          PA    19106

           City             State    ZIP Code

Contact phone   (215) 627–1322        Email <u>bnicholas@kmllawgroup.com</u>