## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara C. Yavorka aka Barbara Christine Yavorka aka Barbara Christine Snowdon aka Barbara Christine Burger fdba Mine Subsidence Insurance Services<br>Andrew W. Yavorka aka Andrew William Yavorka<br>**Debtor(s)**<br><br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3<br>**Movant**<br>vs.<br><br>Barbara C. Yavorka aka Barbara Christine Yavorka aka Barbara Christine Snowdon aka Barbara Christine Burger fdba Mine Subsidence Insurance Services Andrew W. Yavorka aka Andrew William Yavorka<br>**Debtor(s)**<br><br>Ronda J. Winnecour,<br>**Trustee** | BK NO. 18-22661 GLT<br><br>Chapter 13<br><br>Related to Claim No. 29 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 01, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Barbara C. Yavorka aka Barbara Christine Yavorka aka Barbara Christine Snowdon aka Barbara Christine Burger fdba Mine Subsidence Insurance Services
2555 Wildwood Road
Allison Park, PA 15101

Andrew W. Yavorka aka Andrew William Yavorka
2555 Wildwood Road
Allison Park, PA 15101
Method of Service:  electronic means or first class mail Dated: September 01, 2022

Attorney for Debtor(s)
Mark G. Moynihan, Moynihan Law, P.C.
112 Washington Pl Ste 230
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bnicholas@kmllawgroup.com